**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7948**

---

BERNARD CHESTER WEBB,

                              Plaintiff - Appellant,

     versus

BRISTOL CITY SHERIFF'S OFFICE; HOWARD E.
BARNES, Sheriff; MIKE SAYLER, Medic,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Chief District Judge.  (CA-95-643-R)

---

Submitted:  April 15, 1996        Decided:  April 29, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bernard Chester Webb, Appellant Pro Se.  Steven Ray Minor, ELLIOTT, LAWSON & POMRENKE, Bristol, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Webb v. Bristol City Sheriff's Office</u>, No. CA-95-643-R (W.D. Va. Nov. 3, 1995). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>